UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 10CR-0061-1,2 |
| VERSUS | * | |
| DANIEL ARCHIE EDGAR (01)<br>JOEY CHRISTOPHER EDGAR (02) | * | MAGISTRATE JUDGE HILL |

**MEMORANDUM RULING UNDER THE SPEEDY TRIAL ACT AND ORDER SETTING TRIAL DATE**

The undersigned conducted a scheduling conference with counsel for all parties, in Chambers, on April 20, 2010. Trial was to be set before June 29, 2010. Counsel for the government, Mr. Walker, and counsel for the defendants, Mr. Goode, had trial conflicts on all available dates.

Because both counsel for the government and the defendants, had trial conflicts on all available trial dates, the court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial because the failure to grant a continuance would unreasonably deny the government and the defendant their right to continuity of counsel. 18 U.S.C. 3161(h)(7)(A) and (B)(iv). Accordingly;

**IT IS ORDERED** that trial is hereby set before the undersigned for July 26, 2010 at 9:30 a.m.;

**IT IS FURTHER ORDERED** that the pretrial conference is hereby set for June 30, 2010 at 9:30 a.m.

The Clerk is directed to enter the scheduling Order.

April 20, 2010, Lafayette, Louisiana.

                                                                            _____
                                                                            C. MICHAEL HILL
                                                                            UNITED STATES MAGISTRATE JUDGE